UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY BRAVERMAN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BMW OF NORTH AMERICA, LLC, *et al.*, <br><br> Defendants. | 8:16-cv-00966-TJH-SS <br><br> **ORDER GRANTING STIPULATION REGARDING BELAIRE NOTICE  [106]** <br><br> [Filed concurrently with Joint Stipulated Request for Approval of Belaire Notice Process] |

The Court has received and reviewed the Stipulation Regarding Belaire Notice pertaining to Putative Class Member names and email addresses between Plaintiffs Barry Braverman, Hakop Demirchyan, Joel Green, Dr. Glynda Roberson, Edo Tsoar, Peter Weinstein, Peter Bernard, Lawrence Curcio, Naveen Parmeshwar, Adeel Siddiqui, Charles Olsen, Robert Desatnik, Eric Wonderley, John Lingsweiler, Steve Ridges, and Brandon Redmond ("Plaintiffs") and Defendant BMW of North America, LLC ("BMW NA").

-1-

Based on the parties' stipulation and GOOD CAUSE APPEARING, it is hereby ordered the Belaire Notice process as outlined in the Parties' Joint Stipulated Request for Approval of Belaire Notice Process is approved.

**IT IS SO ORDERED.**

DATED: September 19, 2018

_____
Honorable Terry J. Hatter Jr.
United States District Judge