1  Steve W. Berman (*pro hac vice*)
     steve@hbsslaw.com
2  Barbara A. Mahoney (*pro hac vice*)
     barbaram@hbsslaw.com
3  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Avenue, Suite 2000
4  Seattle, WA 98101
   Telephone: (206) 623-7292
5  Facsimile: (206) 623-0594

6  Christopher Pitoun (SBN 290235)
     christopherp@hbsslaw.com
7  HAGENS BERMAN SOBOL SHAPIRO LLP
   301 North Lake Avenue, Suite 920
8  Pasadena, CA 91101
   Telephone: (213) 330-7150
9  Facsimile: (213) 330-7152

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY BRAVERMAN, *et al.*,<br><br>     Plaintiffs,<br><br>     vs.<br><br>BMW OF NORTH AMERICA, LLC, *et al.*,<br><br>     Defendants. | No. 8:16-cv-00966-TJH-SS<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL [162]** |

The Court, having considered Plaintiffs' Application to File Under Seal, in addition to the declaration of Barbara A. Mahoney submitted to support that application, and good cause appearing therefore, hereby orders that:

Plaintiffs' Application to File Under Seal is GRANTED. The following unredacted documents shall be filed under seal pursuant to Local Rule 79-5 and the Stipulated Protective Order entered in this case on October 18, 2017 (Dkt. No. 77):

1. Plaintiffs' Reply in Support of Motion for Class Certification;

2. Exhibits 1-3, 14-17, and 19-20 to the Declaration of Steve W. Berman in Support of Plaintiffs' Reply in Support of Motion for Class Certification;

3. Plaintiffs' Notice of Motion and Motion to Exclude the Opinions of Defendants' Proposed Expert, Dr. Jonathan Hibbard;

4. Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions of Plaintiffs' Proposed Expert, Steven P. Gaskin; and

5. Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions of Plaintiffs' Proposed Expert, Colin B. Weir.

**IT IS SO ORDERED**.

Dated: September 20, 2019

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE