Steve W. Berman (*pro hac vice*)
  steve@hbsslaw.com
Barbara A. Mahoney (*pro hac vice*)
  barbaram@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Christopher Pitoun (SBN 290235)
  christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARRY BRAVERMAN, *et al.*,<br><br>           Plaintiffs,<br><br>  vs.<br><br>BMW OF NORTH AMERICA, LLC, *et al.*,<br><br>           Defendants. | No. 8:16-cv-00966-TJH-SS<br><br>**DECLARATION OF BARBARA A. MAHONEY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE THE OPINIONS OF DEFENDANTS' PROPOSED EXPERT, DR. JONATHAN HIBBARD**<br><br>Hearing Date: TBD<br>Time: TBD<br>Judge: Hon. Terry J. Hatter, Jr.<br>Courtroom: 9B |

I, Barbara A. Mahoney, declare and state as follows:

1. I am a member of the bar of the State of Washington and a partner of Hagens Berman Sobol Shapiro LLP. I serve as Interim Class Counsel in this action and submit this declaration in support of Plaintiffs' Reply in Support of Motion to Exclude the Opinions of Defendants' Proposed Expert Dr. Jonathan Hibbard. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. BMW relies on *Schechner v. Whirlpool Corp.*, 2019 U.S. Dist. LEXIS 171642 (E.D. Mich. Aug. 13, 2019) in its replies in supports of its motions to exclude Plaintiffs' experts.[1] (The Westlaw cite is *Schechner v. Whirlpool Corp.*, No. 2:16-cv-12409, 2019 WL 4891192 (E.D. Mich. Aug. 13, 2019).). BMW argues that Plaintiffs should have addressed this decision when they filed their opposition briefs because the case was issued before they filed their briefs on September 16, 2019. BMW's Gaskin Reply at 1 n.1; BMW's Weir Reply at 1 n.1; *see also* BMW's Weir Reply at 1-5 & BMW's Gaskin Reply at 1-2, 7.

2. Attached as **Exhibit A** are true and correct copies of the email exchanges I had with our firm's Lexis and Westlaw representatives, in which they both confirmed that Lexis and Westlaw had not published the decision until early October, weeks after Plaintiffs had filed their opposition briefs.

---

[1] *See,* Reply in Support of BMW of North America, LLC's Motion to Exclude the Opinions of Plaintiffs' Proposed Expert, Steve P. Gaskin, Dkt. No. 167 ("BMW's Gaskin Reply"); Reply in Support of BMW of North America, LLC's Motion to Exclude the Opinions of Plaintiffs' Proposed Expert, Colin B. Weir, Dkt. No. 168, ("BMW's Weir Reply").

DECL. OF BARBARA A. MAHONEY ISO PLFS' REPLY ISO MOT. TO EXCLUDE DEFS' PROPOSED EXPERT DR. JONATHAN HIBBARD

010616-11/1216693 V1                            - 1 -

1  
2  I declare under penalty of perjury that the foregoing is true and correct.  
3  Executed this 11th day of December, 2019.  
4  
5  _____  
   Barbara A. Mahoney  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28