Benjamin F. Johns (*pro hac vice*)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
Email: bfj@chimicles.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| BARRY BRAVERMAN, *et al.*, | No. 8:16-cv-00966-TJH-SS |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| vs. | |
| BMW OF NORTH AMERICA, LLC, *et al.*, | |
| Defendants. | |

TO THE CLERK OF THE COURT:

    Kindly withdraw the appearance of Benjamin F. Johns, Esquire, who is no longer associated with of the law firm of Chimicles Schwartz Kriner & Donaldson-Smith LLP, on behalf of Plaintiffs. Plaintiffs will continue to be represented by the other attorneys at Chimicles Schwartz Kriner & Donaldson-Smith LLP who have entered their appearances.

Dated:  November 29, 2022      Respectfully,

*/s/ Benjamin F. Johns*
Benjamin F. Johns
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
One Haverford Centre

1

**NOTICE OF WITHDRAWAL OF COUNSEL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

361 Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
bfj@chimicles.com

Attorney for Plaintiffs

2

**NOTICE OF WITHDRAWAL OF COUNSEL**

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I, Benjamin F. Johns, certify that on November 29, 2022, I caused the foregoing Notice of Withdrawal of Counsel to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

*/s/ Benjamin F. Johns*
Benjamin F. Johns